UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY G. W.,[1]<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>MARTIN O'MALLEY,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 8:23-cv-01699-MRA-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report were filed.

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the United States Judicial Conference.

The Court accepts the Report and adopts it as its own findings and conclusions. Accordingly, this action is dismissed with prejudice.

DATED: August 30, 2024

_____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE